```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:07CR3054 |
| v. | ) | |
| | ) | |
| FEDERICO BALLI and | ) | |
| DEBORAH V. VASQUEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

A second conference pursuant to Rule 17.1 of the Federal Rules of Criminal Procedure was held with counsel this date by telephone conference call. The court was advised that while defendant Balli is out of the rehabilitation hospital, his injuries have become infected and he is going to require additional surgeries. He thus remains physically unable to attend trial. All counsel remain in agreement that there is no reason at this point to proceed to trial with only co-defendant Vasquez, and that another telephone conference should be held later when defendant Balli's condition and prognosis are better known.

IT THEREFORE HEREBY IS ORDERED:

1. The case continues to be exempted from the Speedy Trial Act.

2. Another telephone conference with counsel will be held November 2, 2007 at 2:00 p.m. Central Time for the purpose of further reviewing the case and perhaps setting a trial date.

DATED this 28th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge