```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )       4:07CR3054
                                 )
     v.                          )
                                 )
FEDERICO BALLI and               )       ORDER
DEBORAH V. VASQUEZ,              )
                                 )
            Defendants.          )
                                 )
```

IT IS ORDERED:

Plaintiff's motion to continue conference call, filing 28, is granted and the telephone conference call is continued from January 11 to January 18, 2008 at 11:30 a.m., Central Standard Time.  **Plaintiff's counsel shall initiate the call**.

DATED this 7th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge