```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3054 |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERICO BALLI, DEBORAH V. VASQUEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 17.1 of the Federal Rules of Criminal Procedure, a fourth telephonic conference was held with counsel this date to discuss the status of defendant Balli's ongoing health problems and the progression of this case. All counsel agree that another telephone conference should be held later when defendant Balli's condition and prognosis are better known.

IT THEREFORE HEREBY IS ORDERED,

1. The case continues to be exempted from the Speedy Trial Act.

2. Another telephone conference with counsel will be held April 30, 2008 at 12:00 p.m (noon) Central Time for the purpose of further reviewing the case and perhaps setting a trial date. Plaintiff's counsel shall initiate the call.

DATED this 27th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge